■ In the Matter of JOAN PUNZONE, Appellant. COMMISSIONER OF LABOR, Respondent. [979 NYS2d 550]—

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Stein and Garry, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of TL LITTLE, Appellant. COMMISSIONER OF LABOR, Respondent. [979 NYS2d 550]—

Decision affirmed. No opinion.

Rose, J.P., Stein, McCarthy and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of JOSEPH LEE, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [978 NYS2d 924]—

Determination confirmed. No opinion.

Stein, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.